State of New York - Department of State
Receipt for Service

Receipt #: 201206140281
Date of Service: 06/14/2012
Service Company: 35 SERVICO - 35

Cash #: 201206140272
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: THE DOLL PALACE CORP.

Plaintiff/Petitioner:
UNIFIED MESSAGING SOLUTIONS, LCC

Service of Process Address:
THE DOLL PALACE CORP.
48 BERGEN BEACH PL
BROOKLYN, NY 11234

Secretary of State
By CHAD MATICE

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  12cv4412                                                          Purchased/Filed: June 5, 2012

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                          SOUTHERN DISTRICT

---

*Unified Messaging Solutions, LLC*                           Plaintiff

against

*The Doll Palace Corp.*                                      Defendant

---

STATE OF NEW YORK        SS.:
COUNTY OF ALBANY

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 14, 2012_____, at __11:45 am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Disclosure of Corporate Interests, Individual Rules and Procedures of Judge Shira A. Scheindlin and Honorable Shira A. Scheindlin Suggested Rules of Discovery     on

_____The Doll Palace Corp._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__

Color of skin: __White__   Hair color: __Brown__   Sex: __Male__   Other: _____

Sworn to before me on this
15th  day of  June, 2012

DIANE KOEHLER
NOTARY PUBLIC, State of New York
No. 01KO6202736, Albany County
Commission Expires March 23, 2013

Heather Morigerato
Attny's File No.
Invoice•Work Order # SP1207024

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**